UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: William Joseph Lachney  CASE NO.: 10-80153
Jessica Marie Lachney
106 Monroe Lane
Pollock, LA 71467

## CHAPTER 13 PLAN

**I.** Debtor proposes to pay by direct pay into the Chapter 13 Plan monthly payments of $320 for sixty (60) months.

**II.** Claims to be paid directly by debtor.

| | **Estimated Balance Due** | **Monthly Payment** |
|---|---|---|
| US Bank Home Mortgage<br>collateral - Residence | $118,407.00 | $843.00 |
| Capital One Auto Finance<br>collateral - 2006 Nissan Altima<br>(Paid by co-maker) | $ 10,748.00 | $371.45 |

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** McBride and Collier shall receive attorney and administrative fees of $2,844, which includes attorney fees of $2,500, court costs fee of $274, credit counseling fee of $40, credit report fee of $50. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

1. Personal Property:

Citi Auto: collateral - 2005 Dodge Ram; estimated secured claim of $11,445 to be paid with interest at 9%.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

**D. GENERAL UNSECURED CLAIMS.** Unless specifically listed above, all other claims will be treated as General Unsecured Claims, and will receive a minimum of 0% of their claims.

| | | | |
|---|---|---|---|
| ACS Lender Services, Inc. | $ 4,515 | Blue World Pools | $11,640 |
| CAC Financial Corp. | $   277 | Capital One | $ 1,120 |
| Citibank | $ 2,333 | Citibank | $ 2,290 |
| Citibank | $ 2,333 | Citifinancial | $12,022 |
| CMRE | $   339 | Credit First | $ 1,063 |
| Discover Bank | $ 6,334 | GE Money Bank Low | $   110 |
| GEMB/Chevron | $    70 | Healthcare Financial Services | $   366 |
| NCO Financial | $   599 | State Farm Financial Services | $ 6,538 |
| Tempur Pedic | $ 3,628 | Wells Fargo Financial | $ 3,628 |
| West Asset Management | $   330 | | |

**IV.** **TAX PLEDGE.** In the event that: (1) the plan does not pay 75% to unsecured creditors or (2) there are tax debts, or (3) the debtor(s) income is below the median income, the debtor(s) will dedicate his/her/their tax refunds **EXCEPT EARNED INCOME CREDIT** to the Trustee for the 2009, 2010 and 2011 tax years.

Respectfully submitted this 28th day of January, 2010.

**MCBRIDE & COLLIER**

/s/ Thomas C. McBride
THOMAS C. MCBRIDE, # 9210
VIRGINIA W. BROWN, # 2194
301 Jackson Street, Suite 101
Alexandria, LA 71301
Phone: (318) 445-8800