**DONE and SIGNED May 26, 2010.**



_Henley C. Hunter_
**HENLEY A. HUNTER**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

In re:  William Joseph Lachney                                Bankruptcy Case No: 10-BK-80153
       Jessica Marie Lachney

SSN (1):  XXX-XX-7179
SSN (2):  XXX-XX-6949

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on January 29, 2010 and was modified on April 26, 2010.  A summary of the plan or a summary of the final modification of the plan was transmitted to the creditors under Bankruptcy Rule 3015.  The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:  The debtor's Chapter 13 plan is confirmed with the following provisions:

1.  <u>Payments</u>

    Amount of each monthly plan payment    <u>$320.00</u>

    Due date of each monthly plan payment    on the <u>28th</u> of each month
    Period of payments    <u>60</u> months

    <u>Payable to:</u>                        <u>Payroll Deduction:</u>
    Jon C. Thornburg, Standing Trustee    ☐ Unless previously ordered, the debtor's employer is ordered to deduct
    Post Office Box 279                        payments from the debtor's earnings, draw checks in the name of the
    Memphis, TN  38101-0279             Standing Trustee, and mail the same to the Standing Trustee on or
                                        before each due date under order of this Court

                                      ☒ No payroll deduction is ordered.

2.  <u>Special Provisions:</u>
    ☐ A 30 day-drop-dead provision on all future plan payments.
    ☒ A 60 day-drop-dead provision on all future plan payments.

3.  <u>Attorney's Fees:</u>
    The debtor's attorney is awarded a fee in the amount of $2844.00, of which $2844.00 is due and payable from the Bankruptcy Estate. The debtor's attorney is also awarded a fee in the amount of 0.00 for the modification listed above per fee application.  In addition, the debtor's attorney is awarded a fee in the amount of 0.00 for filing fees.

4.  <u>Other Provisions:</u>
    ☒ In addition to the above payments, debtor(s) pledge and shall turn over to the Chapter 13 Trustee as additional disposable income any Federal and/or State income tax refunds received during the first three (3) years of the plan or to be received for the tax years 2009, 2010, and 2011 LESS AND SUBJECT to any standing Order of other right of set-off, and LESS AND EXCEPT earned income credit (EIC) which debtor(s) are entitled.

    ☐ No tax pledge is required.

###